## Commonwealth ex rel., Appellant, *v.* Horan (No. 2).

OPINION BY HENDERSON, J., July 14, 1909:

This case involves the same question decided in No. 63, October Term, 1908, between the same parties. For the reason given in that case the decree is affirmed.

---

## Commonwealth ex rel., Appellant, *v.* Horan (No. 3).

OPINION BY HENDERSON, J., July 14, 1909:

This case involves the same question decided in No. 63, October Term, 1908, between the same parties. For the reasons given in that case the decree is affirmed.

---

## Commonwealth ex rel., Appellant, *v.* Horan (No. 4).

OPINION BY HENDERSON, J., July 14, 1909:

This case involves the same question decided in No. 63, October Term, 1908, between the same parties. For the reasons given in that case the decree is affirmed.

---

## Morgan, Appellant, *v.* Williams.

*Landlord and tenant—Parol lease—Yearly lease—Monthly lease—Conflicting evidence.*

1. In a proceeding to recover possession of leased premises under the Act of December 14, 1863, P. L. (1864) 1125, where thirty days' notice only was given by the landlord, it is incumbent upon the latter to bring himself within the provisions of the Act of March 31, 1905, P. L. 87,